IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN TAYLOR,

    Plaintiff,                    No. CIV S-05-2535 GEB GGH P

   vs.

CATHY PROSPER,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not originally file a complaint. Rather, he filed a motion to compel. On January 13, 2006, the court issued an order stating that because plaintiff's allegations were not made on a complaint form, it was unclear who he intended to name as a defendant. The court dismissed the motion to compel with thirty days to file a complaint.

        On January 26, 2006, plaintiff filed a 1 ½ page "amended" complaint. In this document, plaintiff states that his statement of the case and relief sought are contained in his previously filed motion to compel. Plaintiff states that the only defendant in this action is Warden Prosper.

        The court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in

1 itself without reference to any prior pleading.  This is because, as a general rule, an amended
2 complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).
3 Once plaintiff files an amended complaint, the original pleading no longer serves any function in
4 the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the
5 involvement of each defendant must be sufficiently alleged.

6      Plaintiff's January 26, 2006, complaint is dismissed with leave to amend because
7 it improperly refers to the prior motion to compel to state the relief sought as well as to describe
8 plaintiff's allegations and claims.  If plaintiff files an amended complaint, it must identify all
9 defendants, contain all factual allegations and state the relief sought.

10      Accordingly, IT IS HEREBY ORDERED that:

11      1. Plaintiff's complaint filed January 26, 2006, is dismissed with thirty days to
12 file an amended complaint; failure to comply with this order will result in a recommendation of
13 dismissal of this action;

14      2. The Clerk of the Court is directed to send plaintiff the form for a civil rights
15 complaint pursuant to 42 U.S.C. § 1983.

16 DATED: 2/24/06

      /s/ Gregory G. Hollows

      _____
      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

ggh:kj
tay2535.ame

2