IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN TAYLOR,

      Plaintiff,                    No. CIV S-05-2535 GEB GGH P

   vs.

CATHY PROSPER, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2006, the court dismissed plaintiff's amended complaint with leave to amend. Pending before the court is plaintiff's second amended complaint filed March 20, 2006. The second amended complaint states a colorable claim for relief against defendant Prosper.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Warden Prosper.

      2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the second amended complaint filed March 20, 2006.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

1

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Two copies of the endorsed second amended complaint filed March 20, 2006.

  4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 4/7/06

          /s/ Gregory G. Hollows

          _____
          GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

ggh:kj
tay2535.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN TAYLOR,

      Plaintiff,                              No. CIV S-05-2535 GEB GGH P

   vs.

CATHY PROSPER, et al.,              NOTICE OF SUBMISSION

      Defendants.                     OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 forms

      __2__     copies of the _____
                                        Complaint/Amended Complaint

DATED:

                                       _____
                                       Plaintiff