IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES DEAN TAYLOR,** | 2:05-cv-02535 GEB GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |
| **v.** | |
| **KATHY PROSPER,** | |
| Defendant. | |

     **GOOD CAUSE HAVING BEEN SHOWN,** Defendant is granted an additional 35 days up to and including August 26, 2006, within which to file a response.

Dated: 7/26/06

/s/ Gregory G. Hollows

_____
Gregory G. Hollows
United States Magistrate Judge

tay2535.eot

1